**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 03-6920**

———————————

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

DERRICK RONARD GIBBS,

                                        Defendant - Appellant.

———————————

Appeal from the United States District Court for the Western District of North Carolina, at Statesville.  Richard L. Voorhees, District Judge.  (CR-98-192)

———————————

Submitted:  August 14, 2003        Decided:  August 22, 2003

———————————

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Derrick Ronard Gibbs, Appellant Pro Se.  Gretchen C.F. Shappert, Assistant United States Attorney, Charlotte, North Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Derrick Ronard Gibbs appeals the district court's order denying his "Motion to Compel Government for Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3553(e) and Rule 35(b) Federal Rules of Criminal Procedure." We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Gibbs, No. CR-98-192 (W.D.N.C. June 3, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED